SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD HESHAMI,<br><br>             Plaintiff,<br><br>         v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, CIS;<br>ROSEMARY MELVILLE, District Director;<br>FRANK SICILIANO, Field Office Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigation;<br><br>             Defendants. | No. C 07-4348 RS<br><br>**ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Original Complaint for Writ in the Nature of Petition for Hearing on Naturalization Application Under 8 U.S.C. § 1447(b).

1. Paragraph One consists of Plaintiff's characterizations of law to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

ANSWER
C07-4348 RS                                           1

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit that Robert S. Mueller is the Director of the Federal Bureau of Investigation, but deny the remaining allegations in Paragraph Seven.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

## INTRADISTRICT ASSIGNMENT

9. Paragraph Nine consists of Plaintiff's allegation regarding intradistrict assignment, to which no responsive pleading is required.

## VENUE

10. Paragraph Ten consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, Defendants deny that venue is proper under 28 U.S.C. § 1391(e)(3). Defendants aver that unless specifically provided by law, aliens have no residence in the United States for venue purposes.

## EXHAUSTION OF REMEDIES

11. Defendants deny that Plaintiff has exhausted his administrative remedies. Defendants are without sufficient information to admit or deny the allegation that Plaintiff has made numerous inquiries.

## CAUSE OF ACTION

12. Defendants deny the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen.

17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants admit the allegations in Paragraph Twenty-One.

22. Defendants admit the allegations in Paragraph Twenty-Two.

23. Paragraph Twenty-Three consists of Plaintiff's characterizations of the lawsuit to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Twenty-Three.

24. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four.

25. Paragraph Twenty-Five consists of Plaintiff's characterizations of the lawsuit to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Twenty-Five.

26. Paragraph Twenty-Six consists of Plaintiff's characterization of the lawsuit to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Twenty-Six.

## PRAYER

27. Paragraph Twenty-Seven consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

///

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: October 29, 2007               Respectfully submitted,

                                     SCOTT N. SCHOOLS
                                     United States Attorney


                                     _____/s/_____
                                     MELANIE L. PROCTOR
                                     Assistant United States Attorney
                                     Attorneys for Defendants