**United States District Court**
For the Northern District of California

*E-FILED 10/31/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD HESHAMI,

        Plaintiff(s),

   v.

MICHAEL CHERTOFF, et al.,

        Defendant(s).
_____/

No. C 07-04348 RS

**ORDER**

Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written consent of all parties in the case.

IT IS HEREBY ORDERED that the defendants shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **14 days from the date of this order**.

If the parties do not consent, the case will be randomly reassigned to a District Judge of this court.

Dated: October 31, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Christina Heakyung Lee     clee@litwinlaw.com

Edward Ronald Litwin     elitwin@litwinlaw.com, clee@litwinlaw.com, ddelarea@litwinlaw.com, lteofilo@litwinlaw.com

Melanie Lea Proctor     Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 31, 2007

          /s/ BAK
Chambers of Magistrate Judge Richard Seeborg