1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7

Attorneys for Defendants

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

MEHRDAD HESHAMI,                                  )
12                                                 ) No. C 07-4348 RS
             Plaintiff,                            )
13                                                 )
     v.                                            ) **CONSENT TO MAGISTRATE**
14                                                 )
MICHAEL CHERTOFF, Secretary;                       )
15 EMILIO T. GONZALEZ, Director, CIS;              )
ROSEMARY MELVILLE, District Director;              )
16 FRANK SICILIANO, Field Office Director,         )
Department of Homeland Security;                   )
17 ROBERT S. MUELLER, Director,                    )
Federal Bureau of Investigation;                   )
18                                                 )
             Defendants.                           )
19 _____ )

20   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby

21 voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings

22 in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall

23 be taken directly to the United States Court of Appeals for the Ninth Circuit.

24 Dated: October 31, 2007                   Respectfully submitted,

25                                           SCOTT N. SCHOOLS
                                             United States Attorney
26

27                                                  /S/
                                             MELANIE L. PROCTOR
28                                           Assistant United States Attorney

CONSENT TO MAGISTRATE
C07-4348 RS                                  1