1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEHRDAD HESHAMI,                          )
                                          )  No. C 07-4348 RS
            Plaintiff,                    )
                                          )
    v.                                    )  **STIPULATION TO DISMISS; AND**
                                          )  **[PROPOSED] ORDER**
MICHAEL CHERTOFF, Secretary;              )
EMILIO T. GONZALEZ, Director, CIS;        )
ROSEMARY MELVILLE, District Director;     )
FRANK SICILIANO, Field Office Director,   )
Department of Homeland Security;          )
ROBERT S. MUELLER, Director,              )
Federal Bureau of Investigation;          )
                                          )
            Defendants.                   )
_____)

   Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

Dated: November 13, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: November 13, 2007                    /s/
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-4348 RS                           2