1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney                *E-FILED 11/14/07*
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 MEHRDAD HESHAMI,                    )
                                       )   No. C 07-4348 RS
13           Plaintiff,                )
                                       )
14      v.                             )   **STIPULATION TO DISMISS; AND**
                                       )   **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary;        )
   EMILIO T. GONZALEZ, Director, CIS;  )
16 ROSEMARY MELVILLE, District Director;)
   FRANK SICILIANO, Field Office Director,)
17 Department of Homeland Security;    )
   ROBERT S. MUELLER, Director,        )
18 Federal Bureau of Investigation;    )
                                       )
19           Defendants.               )
                                       )
20

21     Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-4348 RS                                  1

| | | |
|---|---|---|
| 1 | Dated: November 13, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                          /s/
                                     MELANIE L. PROCTOR
                                     Assistant United States Attorney
                                     Attorney for Defendants

Dated: November 13, 2007                 /s/
                                     EDWARD R. LITWIN
                                     CHRISTINA H. LEE
                                     Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 14, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-4348 RS                      2